# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GREGORY HOLT, ADC # 129616**
**also known as Abdul Maalik Muhammad**　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**Case No. 4:22-cv-00605-KGB**

**DEPARTMENT OF JUSTICE**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendant Department of Justice on plaintiff Gregory Holt's claims. The Court dismisses Mr. Holt's claims with prejudice; the relief requested is denied.

So adjudged this 24th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_Kristine G. Baker_
　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge